■ ROBERT D. O'CONNELL, P. C., et al., Respondents, v SCHLEGEL CORPORATION et al., Appellants. CHARLES P. SCHLEGEL, II, Intervenor-Respondent. [616 NYS2d 307] —Order unanimously affirmed with costs to plaintiffs for reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wesley and Doerr, JJ.